IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>AMIE M. BROWN | Criminal Action No.<br><br>1:18-CR-00157 |

**Government's Non-Opposition to
Emergency Motion for Compassionate Release Pursuant to 28 U.S.C. § 2255**

The United States of America, by Byung J. Pak, United States Attorney, and
Christopher J. Huber, Assistant United States Attorney for the Northern District
of Georgia, files this Non-Opposition to Emergency Motion for Compassionate
Release Pursuant to 28 U.S.C. § 2255. On March 27, 2020, the Court ordered the
government to respond to Defendant Brown's motion seeking compasionate
release within 14 days. The government does not oppose Brown's motion.

Respectfully submitted,

BYUNG J. PAK
*United States Attorney*

/s/CHRISTOPHER J. HUBER
*Assistant United States Attorney*
Georgia Bar No. 545627
chris.huber@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000 fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by sending a copy by first class mail with sufficient postage to:

> Amie M. Brown
> Register Number: 71676-019
> FMC Carswell
> Federal Medical Center
> P.O. Box 27137
> Fort Worth, TX  76127

April 3, 2020

/s/ CHRISTOPHER J. HUBER

CHRISTOPHER J. HUBER

*Assistant United States Attorney*