IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| v. | * * * | 1:18-CR-00157-ELR |
| AMIE BROWN, | * * | |
| Defendant. | * * | |

**ORDER**

Defendant Amie Brown's motion [Doc. 15] for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), along with supplemental documentation, is currently pending before the Court and has now been fully briefed. The Government has filed a response [Doc. 19] indicating no opposition to Defendant's motion.

Having considered Defendant's motion for reduction of her sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after additionally considering the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy Sentencing Commission statements, to the extent relevant, the Court **GRANTS** the Defendant's motion for reduction of sentence [Doc. 15].

The Court **ORDERS:**

(1) **Defendant's previously imposed period of incarceration in her sentence is REDUCED to a term of TIME SERVED. DEFENDANT SHALL BE IMMEDIATELY RELEASED to one member of her family and shall immediately return to her home.**

(2) **Defendant's term of supervised release is modified to require a two-week period of quarantine in her home upon release.** However, if Defendant requires medical attention or care, she may leave the home to obtain such Defendant's conditions of supervised release are otherwise not changed.

(3) **Defendant shall cooperate with the Probation Department via phone or video/phone conference with respect to her terms of supervised release and reporting.** Defendant shall additionally notify the probation officer in the event she develops symptoms of coronavirus or is confirmed positive, to ensure that the Federal Bureau of Prisons is properly advised for public safety reasons.

**SO ORDERED**, this 16th day of April, 2020.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia